**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-6006**

BERNARD HOLLOMOND,

            Plaintiff - Appellant,

      v.

SHANNON HADEED, Attorney; TIMOTHY S. WRIGHT, Judge,

            Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   Henry E. Hudson, District Judge.  (3:16-cv-00705-HEH-RCY)

Submitted:  February 16, 2017     Decided:  February 22, 2017

Before GREGORY, Chief Judge, DUNCAN, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Bernard Hollomond, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bernard Hollomond seeks to appeal the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint without prejudice for failure to comply with the court's prior order directing Hollomond to pay an initial partial filing fee or aver that he cannot pay the fee under penalty of perjury. See Fed. R. Civ. P. 41(b). On appeal, we confine our review to the issues raised in the Appellant's brief. See 4th Cir. R. 34(b). Because Hollomond's informal brief does not challenge the basis for the district court's disposition, Hollomond has forfeited appellate review of the court's order. See Williams v. Giant Food Inc., 370 F.3d 423, 430 n.4 (4th Cir. 2004). Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED